1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA

8    Marcos Manzo,                    )    No.  CV-23-00295-PHX-SPL
                                       )
9                      Plaintiff,      )
                                       )    **ORDER**
10   vs.                               )
                                       )
11                                     )
     LexisNexis Risk Solutions         )
12   Incorporated,                     )
                                       )
13                     Defendant.      )
                                       )
14   _____ )

15       The Court has been advised that the parties have reached a settlement in this case

16   (Doc. 23). Accordingly,

17       **IT IS ORDERED** that this case will be dismissed *with prejudice* on **December 18,**

18   **2023** unless a stipulation to dismiss is filed prior to the dismissal date.

19       Dated this 8th day of November, 2023.

20
21                                         _____
                                           Honorable Steven P. Logan
22                                         United States District Judge
23
24
25
26
27
28